IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCISCO DELEON-SAAVEDRA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-02-227 |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, et al. ) | |
| ) | |
| Respondents. ) | |

ORDER

Upon consideration of the Unopposed Motion to Hold Proceedings in Abeyance filed by the Respondents, the Court finds that the motion to hold these proceedings in abeyance should be granted.

It is, therefore,

ORDERED, ADJUDGED AND DECREED that this matter will be held in abeyance until the Fifth Circuit Court of Appeals rules on the issue of the constitutionality of §236(c) of the Immigration and Nationality Act, 8 U.S.C. §1226(c), and/or the Immigration and Naturalization Service makes a decision on the Petitioner's N-600 Application for citizenship through acquisition.

Done this 13th day of February, 2003.

_____
MAGISTRATE JUDGE