| | | |
|---|---|---|
| COURTROOM MINUTES: | **Felix Recio Jr. Presiding** Southern District of Texas, Brownsville Division | |
| Courtroom Clerk | : | Maria (Sally) Garcia |
| ERO | : | G Mendieta |
| CSO | : | T Yanez |
| Law Clerk | : | M Knicely |

United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

Date    :    November 24, 2003 at 2:00 p.m.

---

**CIVIL NUMBER:    B-02-227 (HGT)**

JUAN RODRIGUEZ LLAMAS           *           CHARLES A BANKER III

VS                              *

JOHN ASHCROFT, ET AL            *           LISA M PUTNAM

---

## STATUS   CONFERNCE

Attorney L Putnam present for John Ashcroft;

Counsel states a Motion for Dismissal is in the mail;

Court adjourned.