

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 26 2003

Michael N. Milby
Clerk of Court

FRANCISCO DELEON-SAAVEDRA, )
)
v. )
) CIVIL ACTION NO. B-02-227
E.M. TROMINSKI, et al. )
)

**RESPONDENTS' UNOPPOSED MOTION TO DISMISS
THE PETITION FOR WRIT OF HABEAS CORPUS**

COME NOW the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and file this Motion to Dismiss the Petition for Writ of Habeas Corpus in this case. On October 31, 2003, the Petitioner was issued a Certificate of Citizenship, retroactive to his date of birth, May 15, 1974. He acquired United States citizenship through his father. Since he is a United States citizen, he is no longer detained and he is no longer in danger of being removed from the United States.

The undersigned conferred with opposing counsel, Charles A. Banker, III, who stated that he is not opposed to this motion to dismiss.

1

Therefore, based on the foregoing, the petition for writ of habeas corpus should be dismissed.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

November 20, 2003

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion to Dismiss the Petition for Writ of Habeas Corpus was mailed via first class mail, postage prepaid to:

>Charles A. Banker, III, Esquire
>118 W. Pecan
>McAllen, TX  78501

on this 20th day of November, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney