IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCISCO DELEON-SAAVEDRA, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-227 |
| E.M. TROMINSKI, et al. ) | |
| ) | |

**ORDER**

Upon consideration, the Respondents' motion to dismiss should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the petition for habeas corpus is dismissed.

This is a final Order.

Done this ____ day of _____, 2003, in Brownsville, Texas.

_____